## Moses Robens v. Frances L. Videto.

*Remedy: Error: Certiorari.*   Error, and not *certiorari*, is the proper remedy to bring up for review an order of the circuit court in dismissing, on motion, for want of jurisdiction, a writ of *certiorari* from that court to a circuit court commissioner for the review of proceedings under the statute to recover possession of land.

*Heard January 5.   Decided January 11.*

*Certiorari* to Jackson Circuit.

This writ was sued out to review the decision of the circuit court in dismissing a writ of *certiorari* from that court to a circuit court commissioner for the review of proceedings under the statute to recover possession of land.   The ground of the dismissal was, want of jurisdiction for the reason that the writ was authorized by one circuit court commissioner of the county to remove to the circuit a judgment rendered by another commissioner of the county.

The correctness of this ruling is one of the questions raised, and it is also urged that the court erred in hearing and determining the motion to dismiss, *ex parte*, and without any showing of notice to counsel for plaintiff in *certiorari*, at a time when, by the rules of court, the case was not triable without special notice.

*Calvin C. Burt*, for plaintiff in *certiorari*.

No counsel appeared for defendant in *certiorari*.

THE COURT held that the questions raised were such as should be raised by writ of error.

Writ dismissed.